LEGA SICILIANA SOCIAL CLUB, INC. *v.* ROBERT ST. GERMAINE, SR.

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 328 (AC 25579), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Alvin Rosenbaum,* in opposition.

Decided October 25, 2005

JOSEPH CHAYOON *v.* WILLIAM SHERLOCK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 821 (AC 25450), is denied.

*Joseph Chayoon,* pro se, in support of the petition.

*Elizabeth Conway,* in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 712 (AC 25750), is denied.